UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD LEE ALLEN,<br>    #786489 )<br>)<br>            Plaintiff, )<br>)<br>vs. )<br>)<br>CLARK COUNTY DETENTION )<br>    CENTER, *et al.*, )<br>)<br>            Defendants. ) | 2:10-cv-00857-RLH-LRL<br><br>**ORDER** |

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion for transcripts (docket #5) as well as a motion for court order to Clark County Detention Center to allow plaintiff to obtain envelopes addressed to defendants (docket #6).

With respect to plaintiff's motion for transcripts, he appears to seek transcripts from hearings in his related state court action. This motion for discovery is premature; no defendant has yet appeared in this matter, and therefore, no defendant has had an opportunity to respond to this motion. Plaintiff's motion for transcripts is denied without prejudice; he may renew this motion during discovery if appropriate.

With respect to plaintiff's motion for court order to Clark County Detention Center to allow plaintiff to obtain envelopes addressed to defendants, plaintiff maintains that he is indigent and

seeks legal envelopes from inmate accounts. Plaintiff's motion is granted.

**IT IS THEREFORE ORDERED** that plaintiff's motion for transcripts (docket #5) is **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that plaintiff's motion to court order Clark County Detention Center to allow plaintiff to obtain envelopes addressed to defendants (docket #6) is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's motion for a leave of court permission to file a longer complaint (docket #2) is **GRANTED** nunc pro tunc.

DATED this 7th day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE