# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD LEE ALLEN,

        Plaintiff,

vs.

CLARK COUNTY DETENTION CENTER, *et al.*,

        Defendants.

Case No. 2:10-CV-0857 RLH-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion to Court Order Clark County Detention Center to Give Plaintiff Physical Access to Legal Library (#29), filed October 6, 2010; Motion to Court Order Clark County Detention Center to Give Plaintiff Physical Access to Legal Library (#39), filed October 22, 2010; and Plaintiff's Motion to Amend Plaintiff's Previous Motion to Order Facility to Give Plaintiff Physical Access to Law Library (#54), filed December 1, 2010.

Plaintiff requests that this Court order High Desert State Prison ("HDSP")[1] to grant him additional access to the law library. (#54). In the present motion, Plaintiff states that he has been informed that he would be allotted more library time by the prison law library supervisor if he demonstrates that he has an ongoing case. (#54 at 2). Plaintiff does not allege that he asked the library supervisor for additional law library time and was denied. He offers no evidence that he explained to HDSP officials that he has a pending case and was not granted additional library time. In addition, the present motion does not provide the Court with sufficient information to evaluate what access Plaintiff has to the HDSP law library, including how many days per week or hours per week Plaintiff is granted

---

[1] Plaintiff's initial motions for physical access to the law library (#29 and 39) were related to access at the Clark County Detention Center. As Plaintiff has been transferred to High Desert State Prison (#54), the Court will consider the requests moot as to Clark County Detention Center.

access. As a result, the Court will deny Plaintiff's motion without prejudice and instruct Plaintiff to seek the administrative remedies available to him at the prison before requesting Court intervention. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Court Order Clark County Detention Center to Give Plaintiff Physical Access to Legal Library (#29), Motion to Court Order Clark County Detention Center to Give Plaintiff Physical Access to Legal Library (#39), and Plaintiff's Motion to Amend Plaintiff's Previous Motion to Order Facility to Give Plaintiff Physical Access to Law Library (#54) are **denied without prejudice**.

DATED this 25th day of January, 2011.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**