# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD LEE ALLEN,

          Plaintiff,

vs.

CLARK COUNTY DETENTION CENTER, *et al.*,

          Defendants.

Case No. 2:10-cv-00857-RLH-GWF

**ORDER**

Motion to File a Longer Amended Complaint (#57)

This matter is before the Court on Plaintiff's Motion for Leave of Court for Permission to File a Longer Amended Complaint (#57), filed December 6, 2010.

    **1.    Request to File Longer Amended Complaint**

Plaintiff Ronald Lee Allen requests that this Court grant him leave to file an amended complaint that is "longer than allowed for certain sections". (#57 at 1). A *pro se* plaintiff filing a civil rights complaint should use the Civil Rights Complaint form provided by this Court. Local Rule of Special Proceedings 2-1. Where a plaintiff's statement of the nature of the case, factual allegations and legal claims exceeds the page limit of the Court's Civil Rights Complaint form, the plaintiff may include additional pages.

There is no specific page limit for a complaint filed in federal court. Rule 8(a) states, however, that a complaint should include "a *short* and plain statement of the claim showing that the pleader is entitled to relief." Therefore, while Plaintiff may include more pages in his amended complaint than are provided in the Court's form, he should take care to "succinctly state the facts and link specific facts to specific defendants and specific legal theories." *Sullivan v. Harrah's Entertainment, Inc.*, 2010 WL 3719098, *2 (D.Nev., Sept. 14, 2010).

### 2. Request to Amend Complaint

Plaintiff attached a proposed amended complaint to the present motion, implying that Plaintiff is also seeking leave from the Court to file an amended complaint. (*See* #57). On January 20, 2011, the Court granted Defendants' Motion to Dismiss (#20) and Renewed Motion to Dismiss (#66) and dismissed Defendants "Kite" Nurse Cornelius, Dr. McGrorey, Rebecca Newman, Nurse Norma and Dr. Russo from this action. (#89). The Court also dismissed the Clark County Detention Center and Clark County Sheriff Gillespie. (*Id.*) In doing so, however, the Court granted Plaintiff leave to amend his complaint. (*Id.*)

Plaintiff submitted the proposed amended complaint attached to the present motion on December 6, 2010. (#57). As the Court's January 20, 2011 order dismissing several defendants was issued after Plaintiff submitted his proposed amended complaint, the Court will deny the present request by Plaintiff to file the December 6, 2010 proposed amended complaint. As stated in the Court's January 20, 2011 Order (#89), Plaintiff is granted leave to file a new amended complaint no later than February 17, 2011. Accordingly,

**IT IS HEREBY ORDERED** that to Plaintiff's Motion for Leave of Court for Permission to File a Longer Amended Complaint (#57) is **granted in part** and **denied in part** as follows:

1. Plaintiff's request to file an amended complaint longer than the Court's Civil Rights Complaint form is **granted**.
2. Plaintiff's request for leave to file the proposed amended complaint submitted on December 6, 2010 (#57) is **denied without prejudice**. The Court has already granted Plaintiff leave to file an amended complaint no later than **February 17, 2011**. (*See* #89).

DATED this 26th day of January, 2011.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**