# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD LEE ALLEN,

        Plaintiff,

vs.

CLARK COUNTY DETENTION CENTER, *et al.*,

        Defendants.

Case No. 2:10-cv-00857-RLH-GWF

**ORDER**

Motion to Reissue Summons (#30, 41-42)

    This matter is before the Court on Plaintiff's Motion for Court to Reorder Summons for all Defendants in this Suit and/or Give Marshals Permission to Serve said Defendants Again and Properly and to have the 120 days given originally from August 3, 2010 to be Extended at least 60 days (#30), filed October 6, 2010, and Motion for Court to Reorder Summons for all Defendants in this Suit and/or Give Marshals Permission to Serve said Defendants Again and Properly and to have the 120 days given originally from August 3, 2010 to be Extended at least 60 days (#41-42).

    On January 20, 2011, the Court granted Defendants' Motion to Dismiss (#20) and Renewed Motion to Dismiss (#66) and dismissed Defendants "Kite" Nurse Cornelius, Dr. McGrorey, Rebecca Newman, Nurse Norma and Dr. Russo from this action. (#89). The Court also dismissed the Clark County Detention Center and Clark County Sheriff Gillespie. (*Id.*) In doing so, however, the Court granted Plaintiff leave to amend his complaint. (*Id.*)

    Once Plaintiff's Amended Complaint is screened by the Court and filed, the Clerk of the Court will issue summons for the defendants. In addition, once the amended complaint has been screened and filed, Plaintiff will have 120 days to serve the amended complaint on Defendants under Fed.R.Civ.P. 4(m). Therefore, the Court finds that issuing new summons or extending the time to serve Defendants is not appropriate at this time. Accordingly,

**IT IS HEREBY ORDERED** that to Plaintiff's Motions to Reorder Summons or Extend the Time to Perfect Service (#30, 41-42) are **denied**.

DATED this 26th day of January, 2011.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE