# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD LEE ALLEN,

        Plaintiff,

vs.

CLARK COUNTY DETENTION CENTER, *et al.*,

        Defendants.

Case No. 2:10-cv-00857-RLH-GWF

**ORDER**

Motions to Strike (#46, 62), Motion to Add Exhibits (#55), Motion to Dismiss Motion to Strike (#75); Motion to Serve by Publication (#77), Motion to Extend (#78)

On January 20, 2011, the Court granted Defendants' Motion to Dismiss (#20) and Renewed Motion to Dismiss (#66). (*See* #89). As a result, several pending motions and the arguments contained therein are moot. Accordingly,

**IT IS HEREBY ORDERED** that the following motions are **denied** as moot:

1. Special Appearing Defendants' Motion to Strike Plaintiff's Surreply to Their Motion to Dismiss (#46),
2. Plaintiff's Motion to Add Exhibits to Plaintiff's Reply to Defendants' Motion to Dismiss Complaint because Plaintiff named Building Instead of Commander/Captain See (#55),
3. Defendants Clark County Detention Center and Sheriff Gillespie's Motion to Strike Surreply to their Motion to Dismiss (#62),
4. Plaintiff's Motion to Dismiss Defendants' Motion to Strike Plaintiff's Reply (#75), and
5. Plaintiff's Motion to Serve Special Appearing Defendants by Publication and Reassert to Motion to Give Plaintiff Extension in the Time to Serve Defendants (#77-78).

DATED this 27th day of January, 2011.

                                          **GEORGE FOLEY, JR.**
                                          **UNITED STATES MAGISTRATE JUDGE**