1
2
3
4
5                    **UNITED STATES DISTRICT COURT**
6                             **DISTRICT OF NEVADA**
7
8  RONALD LEE ALLEN,                    )
                                         )
9                        Plaintiff,      )    Case No. 2:10-cv-00857-RLH-GWF
                                         )
10 vs.                                   )    **ORDER**
                                         )
11 CLARK COUNTY DETENTION                )
   CENTER, *et al.*,                     )
12                                       )
                         Defendants.     )
13 _____)

   This matter is before the Court on Plaintiff's January 26, 2011 Letter (#92). Plaintiff requests the Court's leave to file his proposed amended complaint, which he filed on December 6, 2010. (*Id.*) Alternatively, Plaintiff requests that the Court mail him a copy of his amended complaint. (*Id.*)

                                    **DISCUSSION**

   **1.    Leave to File December 6, 2010 Proposed Amended Complaint**

   On January 20, 2011, the Court issued an order granting Defendants' motion to dismiss (#20) and renewed motion to dismiss (#66). (#89). The order dismissed Clark County Detention Center and Sheriff Gillespie as improper parties and dismissed several other parties for improper service. (*See id.*) In light of this order, Plaintiff requests that the Court grant him leave to file the proposed amended complaint he attached to his December 6, 2010 motion for leave to amend (#57). (#92). The Court recently denied without prejudice Plaintiff's motion for leave to amend (#94), noting that several of the defendants dismissed from this suit as improper parties are named in the proposed amended complaint. (*See* #57, 89). Therefore, the Court will not grant Plaintiff leave to file the December 6, 2010 proposed amended complaint.

   . . .

### 2. Request for Copy of Proposed Amended Complaint

In the alternative, Plaintiff requests that the Court send him a copy of his proposed amended complaint. (#92). A *Pro se* plaintiff who wishes to receive a copy of a complaint or other papers must submit one (1) additional copy when filing the complaint and a self-addressed, postage paid envelope. LR 10-4(b). The Clerk of the Court will return a file-stamped copy of the complaint to the plaintiff. *Id*. Plaintiff is encouraged to retain a copy of all documents submitted to the Court and to follow the procedure for preserving copies of documents filed in his case.

In addition, the statute providing authority to proceed *in forma pauperis*, 28 U.S.C. § 1915, does not include the right to obtain court documents without payment. *See id*. Plaintiffs proceeding *in forma pauperis* are not entitled to receive free copies of documents from the court without the plaintiff demonstrating a specific showing of need for the copies requested. *Spisak v. State of Nevada*, 2007 WL 1612293, *3 (D. Nev. 2007) (citing *United States v. Newsome*, 257 F.Supp. 201, 203 (N.D. Ga. 1966)); s*ee, also*, *Collins v. Goord,* 438 F.Supp. 2d 399 (S.D.N.Y. 2006); *Guinn v. Hoecker,* 43 F.3d 1483 (10th Cir. 1994) (no right to free copy of any document in record unless plaintiff demonstrates specific need); *In re Richard*, 914 F.2d 1526 (6th Cir. 1990) (28 U.S.C. § 1915 does not give litigant right to have documents copied at government expense); *Douglas v. Green*, 327 F.2d 661, 662 (6th Cir. 1964) (no free copy of court orders).

Here, Plaintiff has not stated any specific reason that he needs additional copies of his proposed amended complaint. Plaintiff drafted and submitted the proposed amended complaint (#57) himself and should have his own copy of this document. Therefore, Plaintiff's motion will be denied without prejudice. If Plaintiff does have a specific need for this document, he may file a renewed motion for the document which states his specific need and provides a copy of Plaintiff's inmate balance sheet to demonstrate he cannot afford to pay for the copies. Accordingly,

. . .

. . .

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Plaintiff's request for leave to file his amended complaint and request for copies (#92) is **denied**.

DATED this 27th day of January, 2011.

_____
**GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE**