UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RONALD LEE ALLEN,

          Plaintiff,

vs.

CLARK COUNTY DETENTION CENTER, *et al.*,

          Defendants.

Case No. 2:10-cv-00857-RLH-GWF

**ORDER**

Motion to Delay (#106) and
Motion to Postpone Deposition (#107)

    This matter is before the Court on Plaintiff's Motion to Delay Response to all Defendants' Motions, Request, Pleadings, Discovery Issues, Depositions, Interrogatories or Any Action Instituted by Defendants for at Least 30 Days from the Date of this Motion (#106) and Motion to Postpone Defendants' Deposition of Ronald Lee Allen, Plaintiff, Until United States Court of Appeals for the 9th Circuit Rules of Appeal of Judges Order Denying Plaintiff Appointment of Counsel or Until Plaintiff's New Motion to Have Counsel Appointed for Depositions and Discovery Stage of this Case is Heard (#107), filed February 7, 2011.

    Plaintiff filed a Notice of Interlocutory Appeal to the Ninth Circuit Court of Appeals (#100), informing the Court that he is appealing the Court's December 7, 2010 Order (#58) denying Plaintiff's Motion to Appoint Counsel (#11). In the present motion, Plaintiff requests that the Court stay the taking of his deposition and delay ruling on all pending motions until the Ninth Circuit issues a decision on his ruling. Accordingly,

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Delay Response to all Defendants' Motions (#106) and Motion to Postpone Defendants' Deposition (#107) are **granted**.

**IT IS FURTHER ORDERED** that the taking of Plaintiff's deposition, all discovery deadlines and pending motions are **stayed** pending resolution of Plaintiff's Interlocutory Appeal to the Ninth Circuit. Once the Ninth Circuit has ruled on Plaintiff's appeal, the Court will issue a new briefing schedule and new discovery order.

DATED this 10th day of February, 2011.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE