UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD LEE ALLEN,<br><br>           Plaintiff,<br><br>   vs.<br><br>CLARK COUNTY DETENTION CENTER; et al.,<br><br>           Defendants. | Case No.: 2:10-cv-00857-RLH-GWF<br><br>**O R D E R**<br><br>*NUNC PRO TUNC* **CORRECTION OF O R D E R # 138** |

On April 22, 2011, this Court entered an Order (#138) granting Plaintiff Ronald Lee Allen's motion. The Court is now aware of one inadvertent error in that Order and issues this *nunc pro tunc* correction order for the limited purpose of making the record reflect what the Court intended to express in the original, *see In re Warren*, 568 F.3d 1113, 1116 n.1 (9th Cir. 2009), by changing the word DENIED in the conclusion to GRANTED.

\* \* \*

Before the Court is Plaintiff Ronald Lee Allen's **Motion for Extension of Time to File Appeal** (#123, filed March 10, 2011). The Court has also considered Defendant NaphCare's Opposition (#131, filed March 22, 2011), and Allen's Reply (#136, filed Apr. 5, 2011).

1  Federal Rule of Appellate Procedure 4(a)(5) allows a district court to grant a
2  motion to extend time to file an appeal if the moving party (1) moves for the extension within 30
3  days from the expiration of the deadline to appeal, and (2) shows excusable neglect or good cause.
4  *See also* 28 U.S.C. § 2107(c).  The Court finds that Allen's motion meets both of these
5  requirements and, accordingly, grants the motion.  The Court extends Allen's time to file by thirty
6  (30) days from the date of the original deadline, February 20, 2011, thus making Allen's notice of
7  appeal filed on March 10, timely.

## Conclusion

9  Accordingly, and for good cause appearing,
10  IT IS HEREBY ORDERED that Allen's Motion for Extension of Time (#123) is
11  GRANTED.
12  Dated: April 25, 2011.

_____
ROGER L. HUNT
Chief United States District Judge