# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| RONALD LEE ALLEN, | ) | |
| Plaintiff(s), | ) | 2:10-cv-857-RLH-GWF |
| vs. | ) | **O R D E R** |
| CLARK COUNTY DETENTION CENTER; *et al.,* | ) | |
| Defendant(s). | ) | |

Before the Court is an Order (#141) entered by the Honorable George W. Foley regarding Plaintiff Allen's Motion to Appoint Counsel (#108).

Defendant Naphcare, Inc., filed an Objection to Judge Foley's Order #141 (#148, filed May 27, 2011) in accordance with Local Rule IB 3-1 of the Rules of Practice of the United States District Court for the District of Nevada. Plaintiff filed a Response (#149) to the Objection, Defendant filed a Reply (#150), and this matter was referred for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(A), (B), and (C) and Local Rule IB 3-1 and determines that the Order of Magistrate Judge Foley is not clearly erroneous or contrary to law and should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge *'s Order (#141), appointing counsel for Plaintiff in this action only, is AFFIRMED, Defendant's Objection (#148) is overruled, and counsel is appointed as ordered by Judge Foley.

Dated:   August 15, 2011.

_____
ROGER L. HUNT
U.S. District Judge