# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD LEE ALLEN,

           Plaintiff,

vs.

CLARK COUNTY DETENTION CENTER, *et al.*,

           Defendants.

Case No. 2:10-cv-00857-RLH-GWF

**ORDER**

Motion to Take Deposition of Incarcerated Person (#297)

This matter is before the Court on Defendants's Motion for Leave to Depose an Incarcerated Individual (#297), filed on April 30, 2012.

Defendants move under Fed.R.Civ.P. 30 for leave of the Court to take the deposition of Ronald Lee Allen, who is currently incarcerated at Northern Nevada Correctional Center in Carson City. Under Fed.R.Civ.P. 30(a)(2)(B), a party "*must* obtain leave" of the Court in order to conduct the deposition of a deponent confined in prison. *Id.* (emphasis added). The Court will grant Defendants leave to depose Plaintiff. Defendants should arrange a time and place with the prison to conduct the deposition and properly notice the deposition as required by Fed.R.Civ.P. 30(b). Accordingly,

**IT IS HEREBY ORDERED** that Defendants's Motion for Leave to Depose an Incarcerated Individual (#297) is **granted**.

DATED this 1st of May, 2012.

*George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**