IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD LEE ALLEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DETENTION CENTER, et al.,<br><br>　　　　Defendants. | Case No. 2:10-cv-00857-RLH-GWF |

## STIPULATION AND ORDER TO DISMISS DEFENDANTS NEVADA DEPARTMENT OF CORRECTIONS (NDOC), JAMES GREG COX, JACK PALMER, BRIAN WILLIAMS, DR. ROMEO ARANAS, AND DR. DAVID MAR WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, RONALD LEE ALLEN, and Defendants Nevada Department of Corrections ("NDOC"), James Greg Cox, Jack Palmer, Brian Williams, Dr. Romeo Aranas, and Dr. David Mar ("the Defendants") (collectively "the Parties") by and through their respective attorneys of record, that all claims asserted against NEVADA DEPARTMENT OF CORRECTIONS (NDOC), JAMES GREG COX, JACK PALMER, BRIAN WILLIAMS, DR. ROMEO ARANAS, AND DR. DAVID MAR in this matter, be dismissed, with prejudice. The Parties further stipulate that this case shall be dismissed in its entirety, each party to bear their own attorneys' fees and costs. As result of the settlement reached between the above-mentioned parties, all claims brought by Plaintiff in this case have been settled and this case may be dismissed in

//

//

its entirety and closed.

Dated: 1/25/13

By: _____
KIMBERLY A. BUCHANAN
Senior Deputy Attorney General
Nevada State Bar No. 5891
Bureau of Litigation
555 East Washington Street
Las Vegas, Nevada 89101

Dated: 1/22/13

By: _____
SARALIENE S. DURRETT
Nevada Bar No. 11461
Chesnoff & Schonfeld
Las Vegas, NV 89101
702-384-5563

## ORDER

**IT IS SO ORDERED.**

DATED this 24th day of January, 2013.

_____
THE HONORABLE MIRANDA DU
UNITED STATES DISTRICT COURT JUDGE